## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:02CR283 (RNC) |
| ADNAN MUHAWAR | : | June 7, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
>
> CHRISTINE SCIARRINO
> ASSISTANT UNITED STATES ATTORNEY
> 157 CHURCH STREET, 23RD FLOOR
> NEW HAVEN, CONNECTICUT 06510
> TELEPHONE (203) 821-3700
> FAX: (203) 773-5392
> EMAIL: Christine.Sciarrino@usdoj.gov
> FEDERAL BAR NO: CT03393

## CERTIFICATION

This is to certify that as of this 7th day of June 2006, undersigned counsel does not know the whereabouts of the Defendant.

_____
CHRISTINE SCIARRINO