UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No: 3:02CR283 (RNC) |
| ADNAN MUHAWAR : | |

**ORDER**

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's special assessment, entered on January 23, 2003 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment is hereby remitted.

SO ORDERED.

Dated this 22 day of June, 2006 at Hartford, Connecticut.

HONORABLE ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE